OFFICE OF DISCIPLINARY COUNSEL *v.* ROTHERMEL.

[Cite as Disciplinary Counsel *v.* Rothermel (1984), 15 Ohio St. 3d 121.]

(D.D. No. 84-20—Decided December 31, 1984.)

---

[1] Respondent was also charged with a number of disciplinary rule violations arising from the sale of an automobile without a certificate of title. Respondent was indicted for a violation of R.C. 4505.19(C) which prohibits the sale of a motor vehicle without a certificate of title and is a felony of the fourth degree. Respondent subsequently pled no contest to a misdemeanor, was found guilty, and fined $100. The board found that, in light of the circumstances surrounding the sale of the vehicle, respondent's conduct did not amount to a violation of the Code of Professional Responsibility. Relator has not objected to any aspect of the board's report. As such, we adopt the board's finding in this regard.

*Mr. Angelo J. Gagliardo,* disciplinary counsel, and *Mr. Mark H. Aultman,* for relator.

*Mr. Christian Dean Rothermel, pro se.*

*Per Curiam.* Inasmuch as respondent has filed no objections to the board's recommendations, we agree that the appropriate sanction for respondent is a one-year suspension.

Accordingly, we adopt the findings and recommendations of the board and hereby suspend respondent from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.